## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| HARLEY ARWOOD and <br> JUDY A. ARWOOD, <br><br> Plaintiffs, <br><br> vs. <br><br> CAPITOL INDEMNITY <br> CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 11-cv-439 <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S FED. R. CIV. P. 26(a)(3) PRETRIAL DISCLOSURES

COMES the Defendant, Capitol Indemnity Corporation ("Capitol", or "Surety"), by and through its undersigned counsel, and submits its Pretrial Disclosures pursuant to Fed. R. Civ. P. 26(a)(3).

**WITNESSES:**

Capitol Indemnity Corporation:
Thomas Heger
Patricia A Framke

Testimony about deed of trust, general indemnity agreement, bonds, contracts, claims, financing, Surety's payments and loss.

Tennessee Interior Systems, Inc.:
Harley A Arwood (President former)
Paul J. Breitnauer (VP/CFO former)
Virgiline M Schulte (VP/Secretary former)

Testimony about general indemnity agreement, bonds, contracts, claims, financing, Surety payments and loss.

Plaintiffs:

Harley A Arwood
Judy A. Arwood

Testimony about deed of trust, general indemnity agreement, bonds, contracts, claims, financing, debts, bankruptcy proceedings, payments made/received from Surety.

Tennessee Valley Title Insurance:
Joseph H. Huie, Esq.

Testimony about the preparation and recordation of the deed of trust.

**EXHIBITS:**

Deed of Trust

Modification Agreement

General Agreement of Indemnity

Payment and Performance Bonds

Title Reports

Capitol's claim file

Capitol's payments

Arwood Bankruptcy pleadings

Respectfully submitted:

 */s/ John M. Gillum*
John M. Gillum #10230
Manier & Herod, P.C.
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
(615) 244-0030 (Phone)
jgillum@manierherod.com

Attorneys for Defendant, Capitol Indemnity Corporation

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document has been furnished electronically via the ECF system upon:

Keith L. Edmiston
GRIBBLE CARPENTER & ASSOCIATES, PLLC
372 S. Washington St.
Maryville, TN 37804


On this the 11th day of April, 2014.


                                      */s/ John M. Gillum*